## LAUMAN v. URSCHEL LIME CO.

(Circuit Court of Appeals, Sixth Circuit. February 18, 1905.)

No. 1,359.

Appeal from the Circuit Court of the United States for the Northern District of Ohio.

John H. Roney, for appellant.
Almon Hall, for appellee.

Before LURTON, SEVERENS, and RICHARDS, Circuit Judges.

PER CURIAM. This case is similar to No. 1,358 (August H. Lauman v. The Urschel White Lime Company, 136 Fed. 190). It charges an infringement of the same patent, and was decided in the same way in the court below, the bill being dismissed. Having held the patent void, the judgment must be affirmed.